Minute Order Form (06/97)

**United States District Court, Northern District of Illinois**

06 GJ 133

| Name of Assigned Judge or Magistrate Judge | **JUDGE DER-YEGHIAYAN** | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06-CR-00763 | DATE | SEPTEMBER 3, 2008 |
| CASE TITLE | US v. NORTON HELTON, CHARLES WHITE & FELICIA FORD | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

---

**GRAND JURY PROCEEDING**

**MAGISTRATE JUDGE KEYS**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

DOCKET ENTRY:

BOND PREVIOUSLY SET IN 06 CR 763 TO STAND AS BOND IN THIS INSTANCE AS TO NORTON HELTON AND CHARLES WHITE. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO FELICIA FORD.

FILED
SEP 3 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                      UNDER SEAL)

| | | | |
|---|---|---|---|
| [ ] No notices required, advised in open court. | | Number of notices | DOCKET # |
| [ ] No notices required. | | | |
| [ ] Notices mailed by judge's staff. | | Date docketed | |
| [ ] Notified counsel by telephone. | | Docketing dpty. initials | |
| [ ] Docketing to mail notices. | | | |
| [ ] Mail AO 450 form. | | Date mailed notice | |
| [ ] Copy to judge/magistrate judge. | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | Mailing dpty. initials | |